FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **Gregory Bruce Baldwin**
**Virginia Mae Baldwin**
_____ Debtor(s)

Case No. _____
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | | |
|---|---|---|---|
| DEBTOR(S): | (H) **Gregory Bruce Baldwin** | S.S.# | **xxx-xx-0687** |
| | (W) **Virginia Mae Baldwin** | S.S.# | **xxx-xx-0914** |
| ADDRESS: | **147 Rolling Hills Lake Drive** | | |
| | **Covington, TN 38019** | | |
| PLAN PAYMENT: | Debtor(s) to pay $ **341.00** | **EVERY TWO WEEKS** | |
| PAYROLL DEDUCTION: | **Seiman's**   **101 Airport Industrial Drive**   **Southaven, MS  38671** | | |
| | BECAUSE: | | |
| | FIRST PAYMENT DATE: | | |
| PLACE OF EMPLOYMENT: | **Seiman's**   **Spouse's Employer: Lauderdale County Board of Education** | | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | | |

**MONTHLY PLAN PMT.**

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to _____ | $ **-NONE-** |
| | Child support arrearage amount _____ | $ |
| PRIORITY CREDITORS: | **Department of Revenue (Unknown; Disputed)** | $ **0.00** |
| | **Internal Revenue Service (Unknown; Disputed)** | $ **0.00** |

HOME MORTGAGE:   If no arrearage, ongoing payments are to be paid directly by the debtor(s).

**Wells Fargo Home Mortgage**   $470.00 Ongoing pmt. Begin 1/1/16   $ **470.00**

Approx. arrearage **8,940.00**   Interest **0.00** %   $ **149.00**

| SECURED CREDITORS; (retain lien 11 U.S.C. Sec. 1325{a}{5}) | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| **-NONE-** | $ _____ | _____ % | $ _____ |

UNSECURED CREDITORS:   Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  Pay _% of these claims after above claims are paid or pay all disposable income for term of plan; to be determined by the Chapter 13 Trustee.

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:  $ _____

TERMINATION:   Plan shall terminate upon payment of the above, approximately **60** months.

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:   **Laura L. Sanford 19575**
**Laura L. Sanford, P.C.**
**9043 Barret Road**
**Millington, TN 38053**
**(901) 829-5005 Fax:(901) 829-4343**