**Dated: June 07, 2016**
**The following is SO ORDERED:**

*George W. Emerson, Jr.*
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

```
                    UNITED STATES BANKRUPTCY COURT
                    WESTERN DISTRICT OF TENNESSEE


In Re:                                            Chapter 13
GREGORY BRUCE BALDWIN & VIRGINIA MAE BALDWIN

Debtor(s)                                         Case No. 15-31278-E
SSN XXX-XX-0687     SSN XXX-XX-0914
```
_____

Order Confirming Plan

_____

It appearing to the Court that the debtor(s) has filed a plan which has been sent to the scheduled creditors; that at the confirmation hearing it appeared to the Court from statements of the Chapter 13 Trustee, and the entire record herein that the plan as finalized complies with 11 U.S.C.A. §1325(a) and other applicable provisions of Bankruptcy Code; and that the plan should be confirmed;
   IT IS THEREFORE, ORDERED BY THE COURT:

1. That the debtor(s)' plan, which is attached hereto, is confirmed;

2. That the debtor pay into the plan as follows:

Debtor One Employer   SIEMENS                     $353.00 EVERY TWO WEEKS

   If this is different from the originally proposed plan, then the Chapter 13 Trustee is authorized to submit a separate order changing payment. Furthermore, the debtor(s)' future earnings shall remain under the property of the estate and under the exclusive control of this Court pursuant to 28 U.S.C. §§1334(e) and 157(a).  In the event of a case dismissal, funds held by the Chapter 13 Trustee shall be paid to creditors in accordance with the terms of the plan unless otherwise ordered by the court.

3. All property shall remain property of the Chapter 13 estate under 11 U.S.C. §§541(a) and 1306(a) and shall revest in the debtor(s) only upon discharge

pursuant to §1328(a), conversion of the case, or specific order of the Court which states otherwise.  The debtor(s) shall remain in possession of and in control of all property of the estate not transferred to the Trustee, and shall be responsible for the protection and preservation of all such property, pending further orders of the Court.

4. An attorney fee is allowed in the amount of $3,000.00.

5. The percentage to be received by unsecured creditors is to be determined by the Trustee after the expiration of the 90 day bar date for the filing of claims; separate order to be entered thereon.

6.  Any real estate tax claimants shall be treated as fully secured if the plan proposes to treat them as secured debts.  If the debtor(s) surrender(s) with Court authorization any real property during the pendency of this case or such property is abandoned, the real property will no longer be property of the estate; the automatic stay shall terminate regarding the interests of affected real property taxing authorities, and the Chapter 13 Plan may be


7.  The balances of any student loans shall survive discharge if the plan indicates same.



CC: Sylvia Ford Brown                /s/ Sylvia Ford Brown
JB                                   Chapter 13 Trustee
    LAURA L SANFORD ATTY
    9043 BARRET ROAD
    BARRETVILLE, TN  38053

```
                    CHAPTER 13 PLAN (INDIVIDUAL ADJUSTMENT OF DEBTS)
DEBTOR(S)      GREGORY BRUCE BALDWIN                        SSN XXX-XX-0687
              :VIRGINIA MAE BALDWIN                         SSN XXX-XX-0914
BK NUMBER      15-31278-E
              :147 ROLLING HILLS LAKE DRIVE
               COVINGTON, TN   38019

PLAN PAYMENT   :(DEBTOR 1)     $353.00   EVERY TWO WEEKS     - Payroll Deducti

EMPLOYER(S)    :  SIEMENS
                  101 AIRPORT INDUSTRIAL DRIVE
                  SOUTHAVEN, MS   38671

ADMINISTRATIVE  Pay filing fee, Trustee fee, and debtor's attorney fee

                                                              MONTHLY
                                                              PLAN PYMT

AUTO INSURANCE:
    AUTO INSURANCE NOT INCLUDED


PRIORITY CREDITORS

  MISSISSIPPI DEPARTMENT OF REVENUE                              $0.00
  [Contingent, Unliquidated or Disputed]
  UNITED STATES TREASURY                                         $0.00
  [Contingent, Unliquidated or Disputed]

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly

  WELLS FARGO BANK              ongoing pmt. begin   05/01/2016    $453.24
     Approx. arrearage    $11,020.85  Interest         0.00%       $211.00

UNSECURED CREDITORS:  The percentage to be received by unsecured creditors is
to be determined by the Trustee upon the expiration of the 90 day bar date for
the filing of claims; separate order to be entered.


TERMINATION: Plan shall terminate upon payment of the above, approximately  60
months.
```